JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   Sandy Mazza                          Case No.  CV 14-08508-AB (MANx)
12                      Plaintiff,
                                          ORDER DISMISSING CIVIL ACTION
13   v.
14   Lockheed Martin Corporation et al
15                      Defendants.
16

17        THE COURT having been advised by counsel that the above-entitled action has
18   been settled;
19
20        IT IS THEREFORE ORDERED that this action is hereby dismissed without
21   costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
22   open the action if settlement is not consummated.  This Court retains full jurisdiction
     over this action and this Order shall not prejudice any party to this action.
23
24
25   Dated:  January 26, 2016        _____
26                                   ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT COURT JUDGE
27
28